**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks        Date: September 14, 2009
Court Reporter: Janet Coppock                Time:  55 minutes

---

**CASE NO.  09-cv-01541-PAB-KMT**

Parties                                      Counsel

**MODIS, INC.,**                             Bennett Cohen

                    Plaintiff (s),

vs.
                                             James Kilroy
**KERRY PALMER,**                            Jermaine Carroll

                    Defendant (s).

---

**CONTINUED HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

---

**1:36 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant Kerry Palmer is present.  Corey Eberly, representative of the plaintiff is also present.

**Plaintiff's Amended Motion for Preliminary Injunction (Doc #9), filed 7/29/09.**

Court states its findings of fact and conclusions of law.

Page Two
09-cv-01451-PAB-KMT
September 14, 2009

**ORDERED:**   Plaintiff's Amended Motion for Preliminary Injunction (Doc #9), filed 7/29/09 is **GRANTED** as limited by plaintiff's concession at the September 11, 2009 hearing.

**ORDERED:**   Defendant Kerry Palmer is hereby restrained and enjoined from soliciting, contacting, calling upon or attempting to call upon for any Modis clients or business which competes with Modis, any established or prospective Modis clients she served or solicited while employed by Modis in the market area at any time during the lesser of the 12 months immediately prior to her termination of employment with Modis or the terms of her employment if less than 12 months, from this date until **August 17, 2010.**

**2:31 p.m.**     **COURT IN RECESS**

**Total in court time:**        **55 minutes**

**Hearing continued**